# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMEEL DEQUAN WALSTON, | Civil No. 3:22-cv-1783 |
| Plaintiff | (Judge Mariani) |
| v. | |
| WARDEN CRAIG LOWE, ASSISTANT WARDEN JONATHAN ROMANCE, | |
| Defendants | |

## ORDER

**AND NOW**, this 5th day of April, 2023, upon consideration of Defendants' motion (Doc. 16) to dismiss, and the parties' respective briefs in support of and opposition to said motion, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. The motion (Doc. 16) is **GRANTED**. The complaint is **DISMISSED**.

2. In light of this dismissal, Plaintiff's motion (Doc. 20) for preliminary injunction is **DISMISSED** as moot.

3. The Clerk of Court is directed to **CLOSE** this case.

4. Any appeal from this Order is **DEEMED** frivolous and not taken in good faith. See 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge